*MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Salvador Enriquez Espinoza,<br><br>*Plaintiff,*<br><br>vs.<br><br>Pacesetter Personnel Services, et al.,<br><br>*Defendants.* | CASE NO.: CV 11-3680-GW(AGRx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

GOOD CAUSE appearing therefore,

IT IS HEREBY ORDERED that the above-captioned action is dismissed, with prejudice. This dismissal is pursuant to a settlement reached by the Parties that resolves any and all claims between them.

DATED: March 19, 2012

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE

1